499 So.2d 874 (1986)
OLD GENERAL INSURANCE COMPANY, a Pennsylvania Corporation, Appellant,
v.
E.R. BROWNELL & ASSOCIATES, INC., a Florida Corporation, Cedars Associates, a Limited Partnership, and the Estate of Jacob Cobos, Appellees.
No. 86-2109.
District Court of Appeal of Florida, Third District.
December 9, 1986.
Rehearing Denied January 15, 1987.
Hershoff and Levy and Jay M. Levy, for appellant.
Clark, Dick & Lancaster and John C. Dick, for appellees.
Before HUBBART, BASKIN and FERGUSON, JJ.
PER CURIAM.
The narrow question presented by this appeal is whether a mechanic's lien which is transferred to a bond pursuant to section *875 713.24 of the Mechanics' Lien Statute may be increased by the court to provide for attorney's fees in an amount to exceed $100.
We agree with the decisions of the Fourth District, strictly construing the statute, which hold that a mechanic's lien transferred to a surety bond may be increased to include costs, which may include the prevailing party's attorney's fees, but that such costs may not exceed $100. The lienor, in such cases where the costs exceed $100, is left with an unsecured judgment for the balance. See Gesco, Inc. v. Edward L. Nezelek, Inc., 414 So.2d 535 (Fla. 4th DCA 1982), review denied, 426 So.2d 27 (Fla. 1983); Symons Corp. v. Tartan-Lavers Delray Beach, Inc., 456 So.2d 1254 (Fla. 4th DCA 1984).
Reversed and remanded.